```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

NANCY L. PHILLIPS,                :
                                  :
    Plaintiff,                    :
                                  :
    v.                            :     CASE NO. 3:08CV1941(DFM)
                                  :
CARRIE WELTONS ET AL.,            :
                                  :
    Defendants.                   :

## ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT

Pending before the court is the plaintiff's motion for Leave to Amend Complaint, doc. #133. The defendant does not object. Plaintiff may file her Amended Complaint by April 13, 2012 with the following qualifications.

The proposed amended complaint plaintiff attached to this motion contains references to the ADEA and to "age". (See doc. #133, Ex. 1 at ¶¶ 1, 2, 8, 45.) If the plaintiff intends to abandon her age claim (as plaintiff's counsel represented at a status conference on April 11, 2012), those references must be deleted from the amended complaint.

Additionally, it appears that the statutory citations for Count Two (gender discrimination under the CFEPA, which is a violation of Conn. Gen. Stat. § 46a-60(a)(8)) and Count Four (retaliation under the CFEPA, which is a violation of Conn. Gen. Stat. § 46a-60(a)(4)) have been transposed. To clarify the

record, the plaintiff should correct these miscites in the amended complaint.

    SO ORDERED at Hartford, Connecticut this 12th day of April, 2012.

                                _____/s/_____
                                Donna F. Martinez
                                United States Magistrate Judge